## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ROBINHOOD DERIVATIVES, LLC

*Plaintiff*,

v.

ANDREA JOY CAMPBELL, in her official
capacity as Attorney General of the
Commonwealth of Massachusetts, et al.,

*Defendants*.

Civil Action No. 1:25-cv-12578

## PLAINTIFF ROBINHOOD'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Robinhood Derivatives, LLC ("Robinhood") hereby moves this Court

pursuant to Federal Rule of Civil Procedure 65 for a Preliminary Injunction restraining

Defendants Andrea Joy Campbell, in her official capacity as Attorney General of the

Commonwealth of Massachusetts; Jordan Maynard, in his official capacity as Chair of the

Massachusetts Gaming Commission; Eileen O'Brien, in her official capacity as Commissioner of

the Massachusetts Gaming Commission; Bradford R. Hill, in his official capacity as

Commissioner of the Massachusetts Gaming Commission; Nakisha Skinner, in her official

capacity as Commissioner of the Massachusetts Gaming Commission; and Paul Brodeur, in his

official capacity as Commissioner of the Massachusetts Gaming Commission (together,

"Defendants") from enforcing against Robinhood Massachusetts General Laws Chapter 23N and

any other Massachusetts law that attempts effectively to regulate Robinhood's involvement in

transactions involving event contracts traded on a Commodity Futures Trading Commission-designated contract market.

This motion is made on the grounds that: (1) Robinhood is likely to succeed on the merits of its claim that Defendants' imminent enforcement of Massachusetts sports-wagering laws is preempted by the Commodity Exchange Act and the Commodity Futures Trading Commission's regulations pursuant to the Supremacy Clause of the U.S. Constitution; (2) absent a temporary restraining order and preliminary injunction, Robinhood is likely to suffer irreparable harm; (3) the balance of harms tips sharply in Robinhood's favor; and (4) the public interest supports an injunction.

This motion is based upon the Complaint in this action, the Memorandum of Points and Authorities filed herewith, the Declaration of James B. Mackenzie filed herewith along with its accompanying exhibits, the Declaration of Kevin J. Orsini filed herewith along with its accompanying exhibits, all matters with respect to which this Court may take judicial notice and such oral and documentary evidence as may be presented to the Court.

Plaintiff hereby requests, pursuant to Federal Rule of Civil Procedure 65, that the Court issue a preliminary injunction.

DATED:  September 18, 2025

Respectfully submitted,

By:  _/s/ Nicholas J. Schneider_

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Craig Waksler (BBO No. 566087)
cwaksler@eckertseamans.com
Nicholas J. Schneider (BBO No. 688498)
nschneider@eckertseamans.com

2 International Place #1600
Boston, Massachusetts 02110
Telephone:  (617) 342-6800
Facsimile:  (617) 342-6899

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (BBO No. 629971)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

***Counsel for Plaintiff***
***Robinhood Derivatives, LLC***

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Plaintiff conferred in good faith with counsel for Defendants concerning this Motion in an attempt to resolve or narrow the issues.

*/s/ Nicholas J. Schneider*

Nicholas J. Schneider

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2025, I electronically filed the foregoing Motion for Preliminary Injunction, together with the Memorandum of Points and Authorities and declarations in support thereof and a proposed form of order, with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served the parties who receive notice of the filing via the Court's CM/ECF system.


*/s/ Nicholas J. Schneider*

Nicholas J. Schneider