THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12578 |

## PLAINTIFF ROBINHOOD'S MOTION TO SEAL

Plaintiff Robinhood Derivatives, LLC ("Robinhood") hereby moves this Court for an Order pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.2 to seal (1) Robinhood's FCM Membership Agreement with KalshiEX, LLC and (2) Robinhood's FCM Clearing Member Agreement with Kalshi Klear LLC, which are Exhibits A and B, to the Declaration of James B. Mackenzie in Support of Plaintiff Robinhood's Motion for a Preliminary Injunction. (ECF Nos. 13-1 and 13-2.)

This motion is based upon the Memorandum of Points and Authorities and the Declaration of Nicholas J. Schneider filed herewith, all matters with respect to which this Court may take judicial notice and such oral and documentary evidence as may be presented to the Court.

Plaintiff hereby requests that the Court issue an order sealing ECF Nos. 13-1 and 13-2.

DATED:  September 18, 2025

Respectfully submitted,

By:   /s/ Nicholas J. Schneider

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Craig Waksler (BBO No. 566087)
cwaksler@eckertseamans.com
Nicholas J. Schneider (BBO No. 688498)
nschneider@eckertseamans.com

2 International Place #1600
Boston, Massachusetts 02110
Telephone:  (617) 342-6800
Facsimile:  (617) 342-6899

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (BBO 629971)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Plaintiff conferred in good faith with counsel for Defendants concerning this Motion in an attempt to resolve or narrow the issues.

*/s/ Nicholas J. Schneider*

Nicholas J. Schneider

## CERTIFICATE OF SERVICE

   I hereby certify that, on September 18, 2025, I electronically filed the foregoing Motion To Seal, together with the Memorandum of Points and Authorities and Declaration of Nicholas J. Schneider in support thereof, with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served the parties who receive notice of the filing via the Court's CM/ECF system.

                 */s/ Nicholas J. Schneider*

                 Nicholas J. Schneider