THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12578 |

## NOTICE OF APPEARANCE OF ALDA CHAN

Please notice my appearance on behalf of Andrea Joy Campbell, the Attorney General of the Commonwealth of Massachusetts, as counsel for Defendants Andrea Joy Campbell, in her official capacity as Attorney General of the Commonwealth of Massachusetts; Jordan Maynard, in his official capacity as Chair of the Massachusetts Gaming Commission; Eileen O'Brien, in her official capacity as Commissioner of the Massachusetts Gaming Commission; Bradford R. Hill, in his official capacity as Commissioner of the Massachusetts Gaming Commission; Nakisha Skinner, in her official capacity as Commissioner of the Massachusetts Gaming Commission; and Paul Brodeur, in his official capacity as Commissioner of the Massachusetts Gaming Commission.

                                                    Respectfully submitted,

                                                    ANDREA JOY CAMPBELL
                                                    MASSACHUSETTS ATTORNEY
                                                    GENERAL

Dated: September 24, 2025                 By: /s/ Alda Chan
                                                    Alda Chan, BBO # 705204
                                                    Assistant Attorney General
                                                    One Ashburton Place
                                                    Boston, Massachusetts 02108
                                                    Telephone: 617-963-2525
                                                    Alda.chan@mass.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Alda Chan*

                                                  Alda Chan