THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12578 |

**STIPULATION OF NON-ENFORCEMENT**

Defendants Andrea Joy Campbell, in her official capacity as Attorney General of the Commonwealth of Massachusetts, Jordan Maynard, in his official capacity as Chair of the Massachusetts Gaming Commission, Eileen O'Brien, in her official capacity as Commissioner of the Massachusetts Gaming Commission, Bradford R. Hill, in his official capacity as Commissioner of the Massachusetts Gaming Commission, Nakisha Skinner, in her official capacity as Commissioner of the Massachusetts Gaming Commission, and Paul Brodeur, in his official capacity as Commissioner of the Massachusetts Gaming Commission, (collectively, the "Commonwealth") through undersigned counsel, stipulate as follows:

1.   On September 12, 2025, the Commonwealth commenced a civil enforcement action against KalshiEX LLC ("Kalshi") in Suffolk Superior Court concerning sports-related event contracts. Kalshi subsequently removed the case to the District Court of Massachusetts, where the matter is pending before this Court, C*ommonwealth of Massachusetts v. KalshiEX*

*LLC*, No. 1:25-cv-12595 (D. Mass.) (Stearns, J., presiding) (the "Kalshi enforcement proceedings").

2. Plaintiff Robinhood Derivatives, LLC ("Robinhood") thereafter filed this action seeking declaratory and injunctive relief regarding the application of Massachusetts law to Robinhood's facilitation, as a "CFTC-registered futures commission merchant," of customers' orders in sports-related event contracts listed and executed on Kalshi's designated contract market.

3. In conferences among counsel between September 16 and 18, 2025, counsel for the Commonwealth stated that the Commonwealth does not presently intend to initiate an enforcement action against Robinhood based on the conduct described in paragraph 2.

4. **Non-Enforcement Commitment.** The Commonwealth shall not initiate or maintain any civil or criminal enforcement action against Robinhood based on Robinhood's facilitation of Massachusetts customers' orders in sports-related event contracts listed and executed on Kalshi's designated contract market until after (1) a court reaches a decision on the pending motion for preliminary injunction in the Kalshi enforcement proceedings, and (2) a court reaches a decision on the pending motion for preliminary injunction in this action. For clarity, a decision on the pending motion for preliminary injunction in this action includes denial as moot or dismissal of the action. It is the Commonwealth's belief that this sequencing promotes judicial economy, avoids inconsistent rulings, and allows resolution of predicate legal issues (including federal subject matter jurisdiction and the scope of any preemption under the Commodity Exchange Act) already being litigated in the Kalshi enforcement proceedings before any enforcement decisions concerning Robinhood.

5.      **Reservation if Resolution Is Delayed Beyond 18 Months**.  If either of the pending motions for preliminary injunction in this action or the Kalshi enforcement proceedings has not been resolved by March 26, 2027, the Commonwealth reserves the right to modify or withdraw this Stipulation upon thirty (30) days' written notice to Robinhood following a reasonable meet-and-confer.

6.      **Scope / No Waiver**.  This Stipulation addresses only the conduct described in paragraph 4.  It does not restrict action concerning other conduct, entities, statutes, or regulations.  Nothing herein constitutes a concession on the merits or a waiver of any defenses.

Respectfully submitted,

                                                      ANDREA JOY CAMPBELL
MASSACHUSETTS ATTORNEY GENERAL

Dated: September 26, 2025                    By: */s/ Joshua R. Edlin*
                                                     Joshua Edlin, BBO # 715110
Alda Chan, BBO # 705204
Louisa E. Castrucci, BBO # 692208
Jared Rinehimer, BBO # 684701
M. Patrick Moore, BBO # 670323
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts 02108

617-963-2525 / alda.chan@mass.gov
617-963-2848 / louisa.castrucci@mass.gov
617-963-2905 / joshua.edlin@mass.gov
617-963-2594 / jared.rinehimer@mass.gov
617-963-7491 / pat.moore@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on September 26, 2025, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Joshua R. Edlin*
Joshua R. Edlin
