# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12578 |

## NOTICE OF APPEARANCE

Please take notice that Brittany L. Sukiennik of Cravath, Swaine & Moore LLP hereby appears as counsel of record for Plaintiff Robinhood Derivatives, LLC.

DATED: October 9, 2025

Respectfully submitted,

**CRAVATH, SWAINE & MOORE LLP**

By: */s/ Brittany L. Sukiennik*

Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have, on this 9th day of October, 2025, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

*/s/ Brittany L. Sukiennik*
Brittany L. Sukiennik
