# **<u>Exhibit A</u>**

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ROBINHOOD DERIVATIVES, LLC

*Plaintiff*,

v.

ANDREA JOY CAMPBELL, in her official
capacity as Attorney General of the
Commonwealth of Massachusetts, et al.,

*Defendants*.

Civil Action No. 1:25-cv-12578

## [PROPOSED] ORDER

This matter having come before the Court on the Defendants the Commonwealth's

Combined Motion to Dismiss or in the Alternative Stay and Response to Plaintiff's Motion for

Preliminary Injunction, and for good cause shown, it is hereby **ORDERED** as follows:

1.    The Complaint is **DISMISSED WITHOUT PREJUDICE** under Fed. R.

Civ. P. 12(b)(1) for lack of Article III standing and ripeness.

2.    Plaintiff's Motion for Preliminary Injunction (ECF No. 10) is **DENIED**

**AS MOOT**.

3.    The Clerk is directed to enter final judgment of dismissal.

**SO ORDERED**

DATE:_____

_____
Honorable Richard G. Stearns
Judge, United States District Court
District of Massachusetts