THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12578 |

## PLAINTIFF ROBINHOOD'S OPPOSITION TO MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Plaintiff Robinhood Derivatives, LLC ("Robinhood") opposes the motion of Tribal Amici[1] to submit the proposed brief of Amici Curiae Indian Gaming Association et al. (ECF No. 50 (the "Tribal Amici Brief")) because the Indian law issues raised in the Tribal Amici Brief are irrelevant to the issues in this case. Neither Robinhood nor Defendants have raised Indian law issues in their claims or defenses or in their briefs. "Among the concerns with allowing the participation of amici are . . . creating side issues not generated directly by the parties . . . ." *Portland Pipe Line Co. v. City of South Portland*, No. 2:15-cv-00054-JAW, 2017 WL 79948, at *5 (D. Me. Jan. 9, 2017); *see also United States v. Sturm, Ruger & Co.*, 84 F.3d 1, 6 (1st Cir. 1996) ("[A]n amicus cannot introduce a new argument into a case."); 4 Am. Jur. 2d,

---

[1] "Tribal Amici" has the same meaning here as assigned to it by Amici. (*See* Tribal Amici Brief at 2.)

Amicus Curiae § 12 ("[A]n amicus curiae ordinarily cannot inject new issues into a case which have not been presented by the parties."). And the Tribal Amici Brief is further untethered from this case because Tribal Amici make no reference to any Massachusetts interest or property. Because these issues have no bearing on Robinhood's Motion for a Preliminary Injunction, the Court should deny Tribal Amici's motion to for leave to file the Tribal Amici Brief and disregard the Indian law issues raised in that Brief.

In the event that the Court does wish to consider those Indian law issues, Robinhood requests the right to respond to them in a brief of no more than seven pages. *See Portland Pipe*, 2017 WL 79948, at *6.

DATED:  October 17, 2025

                    Respectfully submitted,

                    By:  */s/ Craig Waksler*

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Craig Waksler (BBO No. 566087)
cwaksler@eckertseamans.com
Nicholas J. Schneider (BBO No. 688498)
nschneider@eckertseamans.com

2 International Place #1600
Boston, Massachusetts 02110
Telephone:  (617) 342-6800
Facsimile:  (617) 342-6899

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (BBO 629971)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2025, I electronically filed the foregoing Opposition to Motion for Leave To File Brief of Amici Curiae, with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served the parties who receive notice of the filing via the Court's CM/ECF system.

<u>/s/ Craig Waksler</u>
Craig Waksler

4