IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBINHOOD DERIVATIVES, LLC,

                Plaintiff,

vs.

ANDREA JOY CAMPBELL, et al.,

                Defendants.

Civil Action No.: 1:25-CV-12578

### NOTICE OF APPEARANCE OF JOSEPH H. WEBSTER

Please enter my appearance as counsel for the following amici curiae: the Indian Gaming Association ("IGA"), National Congress of American Indians ("NCAI"), California Nations Indian Gaming Association ("CNIGA"), Arizona Indian Gaming Association ("AIGA"), Oklahoma Indian Gaming Association ("OIGA"), United South and Eastern Tribes Sovereignty Protection Fund ("USET SPF"), Washington Indian Gaming Association ("WIGA"), San Manuel Gaming and Hospitality Authority ("SMGHA"), and 17 federally recognized Indian Tribes ("Amici Tribes")[1] in the above-captioned matter.

Dated: October 21, 2025

/s/ Joseph H. Webster
Joseph H. Webster
Hobbs, Straus, Dean & Walker, LLP
1899 L Street NW, Ste. 1200
Washington, DC 20036
jwebster@hobbsstraus.com

---

[1] The Amici Tribes include: Agua Caliente Band of Cahuilla Indians; Elk Valley Rancheria; Enterprise Rancheria of Maidu Indians of California; Karuk Tribe; Kickapoo Traditional Tribe of Texas; Lytton Rancheria of California; Mashantucket Pequot Tribal Nation; Mooretown Rancheria of Maidu Indians of California; Otoe-Missouria Tribe; Picayune Rancheria of Chukchansi Indians; Pueblo of Sandia; Quechan Tribe of the Fort Yuma Reservation; Rincon Band of Luiseño Indians; Santa Ynez Band of Chumash Mission Indians; Seminole Tribe of Florida; Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract); and Yuhaaviatam of San Manuel Nation.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st Day of October, 2025, this Notice of Appearance is being served, via electronic delivery, to Plaintiff's and Defendants' counsel via CM/ECF system, which will forward copies to Counsel of Record for all parties.

/s/ Joseph H. Webster
Joseph H. Webster