UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robinhood Derivatives, LLC**
    Plaintiff

    V.

CIVIL ACTION

NO. **1:25-cv-12578-RGS**

**Campbell et al**
    Defendants

### ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court's Order entered November 13, 2025 [Doc. No. 69] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/13/2025
Date

/s/ Jacqueline Martin
Deputy Clerk