<strong>UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS</strong>

**<u>Robinhood Derivatives, LLC</u>**
    Plaintiff

    V.

CIVIL ACTION

NO. **1:25-cv-12578-RGS**

**<u>Campbell et al</u>**
    Defendants

<strong><u>ORDER OF DISMISSAL</u></strong>

<u>Stearns, D. J.</u>

    In accordance with the Court's Order entered March 13, 2026 [Doc. No. 108] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>

By the Court,

<u>3/13/2026</u>
Date

    <u>/s/ Jacqueline Martin</u>
Deputy Clerk