THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12578<br><br>**NOTICE OF APPEAL** |

### **PLAINTIFF ROBINHOOD'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Robinhood Derivatives, LLC ("Robinhood") hereby appeals to the United States Court of Appeals for the First Circuit from the Court's orders issued on March 13, 2026, District Court's ECF Nos. 108 and 109, denying Robinhood's Motion for Preliminary Injunction and granting Defendants' Motion to Dismiss without prejudice.

DATED this 13th day of March, 2026.

        Respectfully submitted,

        By:   */s/ Nicholas J. Schneider*

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Craig Waksler (BBO No. 566087)
cwaksler@eckertseamans.com
Nicholas J. Schneider (BBO No. 688498)
nschneider@eckertseamans.com

2 International Place #1600
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile: (617) 342-6899

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (BBO 629971)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 13, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    */s/ Nicholas J. Schneider*

                                                    Nicholas J. Schneider