UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Robinhood Derivatives, LLC v. Campbell et al

District Court Number: 25cv12578-RGS

Fee: Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes ____ No  X  <br>_____ | Sealed documents<br>*If yes, document #* | Yes  X  No ____<br>13,74,75,91 |
| *Ex parte* documents<br>*If yes, document #* | Yes ____ No  X  <br>_____ | Transcripts<br>*If yes, document #* | Yes  X  No ____<br>71 |

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#108 Electronic Order, #109 Order of Dismissal

Other information:

 

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#108, #109, and #110

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  110   filed on  March 13, 2026  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  March 16, 2026  .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**